**Order entered April 25, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01124-CR

**ROBERT RODERICK STUBBLEFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 14-30574-86-F**

## ORDER

The Court **REINSTATES** the appeal.

On March 28, 2016, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings. On April 22, 2016, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the March 28, 2016 order to the extent it requires findings.

We **GRANT** the April 22, 2016 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     LANA MYERS
         JUSTICE